# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

Darius Daniels,

    Plaintiff/Movant,

GE Capital Retail Bank,

    Defendant.

## COMPLAINT

For this Complaint, the Plaintiff, Darius Daniels, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Darius Daniels ("Plaintiff"), is an adult individual residing in Pueblo, Colorado, and is a "person" as the term is defined by U.S.C.A. § 153(39).

4. Defendant GE Capital Retail Bank ("GE"), is an Ohio business entity with an address of 950 Forrer Boulevard, Kettering, Ohio 45420, and is a "person" as the term is defined by 47 U.S.C.A. § 153(39).

### FACTS

5. Within the last year, GE placed calls to Plaintiff's cellular phone in an attempt to solicit to Plaintiff its services.

6. At all times referenced herein, GE placed calls to Plaintiff's cellular telephone by using an artificial or prerecorded voice.

7. When Plaintiff answered the calls from GE, he heard a pre-recorded message that promoted a credit card offered by GE.

8. Plaintiff never provided his cellular phone number to GE.

9. Plaintiff never provided consent to GE to call him with prerecorded messages.

10. GE's calls did not offer an opt-out option.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, *et seq.*

11. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. Without prior consent the Defendant contacted the Plaintiff by means of prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. Defendant's telephone system has the capacity to store numbers in a random and sequential manner and uses the system to place the calls.

14. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

15. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16.     As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17.     As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

A.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C.  Such other and further relief as may be just and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: July 29, 2014

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

> E-mail: jdefrancisco@lemberglaw.co
> *Attorneys for Plaintiff*
>
> <u>Plaintiff:</u>
> Darius Daniels
> 1711 Lake Avenue, Apt. #4
> Pueblo, CO 81004

4