# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02099-CBS

Darius Daniels,

    Plaintiff/Movant,

v.

Synchrony Bank,

    Defendant.

---

# FIRST AMENDED COMPLAINT

---

For this First Amended Complaint, Plaintiff, Darius Daniels, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Darius Daniels ("Plaintiff"), is an adult individual residing in Pueblo, Colorado, and is a "person" as the term is defined by U.S.C.A. § 153(39).

4. Defendant Synchrony Bank ("Synchrony"), is an Ohio business entity with an address of 950 Forrer Boulevard, Kettering, Ohio 45420, and is a "person" as the term is defined by 47 U.S.C.A. § 153(39).

## FACTS

5. Within the last year, Synchrony placed calls to Plaintiff's cellular phone in an attempt to solicit to Plaintiff its services.

6. At all times referenced herein, Synchrony placed calls to Plaintiff's cellular telephone by using an artificial or prerecorded voice.

7. When Plaintiff answered the calls from Synchrony, he heard a pre-recorded message that promoted a credit card offered by Synchrony.

8. Plaintiff never provided his cellular phone number to Synchrony.

9. Plaintiff never provided consent to Synchrony to call him with prerecorded messages.

10. Synchrony's calls did not offer an opt-out option.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

11. Plaintiff incorporates by reference all of the above paragraphs of this First Amended Complaint as though fully stated herein.

12. Without prior consent Defendant contacted Plaintiff by means of prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. Defendant's telephone system has the capacity to store numbers in a random and sequential manner and uses the system to place the calls.

14. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

15. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

C. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: August 4, 2014

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.co
*Attorneys for Plaintiff*

4

<u>Plaintiff:</u>
Darius Daniels
1711 Lake Avenue, Apt. #4
Pueblo, CO 81004

**Certificate of Service**

I hereby certify that on August 4, 2014 a true and correct copy of the foregoing First Amended Complaint was served electronically by the U.S. District Court for the District of Colorado Document Filing System (ECF) and that the document is available on the ECF system.

By: /s/ *Jenny DeFrancisco*
Jenny DeFrancisco, Esq.