## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02099-CBS

Darius Daniels,

    Plaintiff/Movant,

Synchrony Bank,

    Defendant.

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

    Darius Daniels ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 16, 2014

    Respectfully submitted,

    By  */s/ Jenny DeFrancisco*

    Jenny DeFrancisco, Esq.
    CT Bar No.: 432383
    LEMBERG LAW LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    E-mail: jdefrancisco@lemberglaw.co
    *Attorneys for Plaintiff*

    Plaintiff:
    Darius Daniels
    1711 Lake Avenue, Apt. #4
    Pueblo, CO 81004

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system. Additionally, a copy of this filing was sent via email and first class mail, postage pre-paid to the party listed below:

Samuel D. Goldstick, Esq.
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
sgoldstick@reedsmith.com
*Attorney for Defendant*


              By/s/ *Jenny DeFrancisco*
              Jenny DeFrancisco, Esq.